UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Carl A Lorup | : | Chapter 13 |
| Carole A. Lorup | : | |
| | : | |
| Debtor | : | Case No.: 18-11942 AMC |

## ORDER GRANTING DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)(4)

AND NOW, this __10th__ day of __April__, 2018 upon consideration of the Motion of Carl & Carole Lorup for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued indefinitely as to all creditors;

FURTHER ORDERED:

_____
Judge Ashely M. Chan