Certificate Number: 03088-PAE-DE-030938944

Bankruptcy Case Number: 18-11942



03088-PAE-DE-030938944

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 25, 2018</u>, at <u>5:20</u> o'clock <u>PM CDT</u>, <u>Carole A Lorup</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 25, 2018</u>            By:   <u>/s/Doug Tonne</u>

                                      Name: <u>Doug Tonne</u>

                                      Title:  <u>Counselor</u>