# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-11942-AMC

       CARL A LORUP, III
       CAROLE A LORUP
       523 GLENFIELD AVE

       GLENOLDEN, PA 19036

            Debtor

### CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        CARL A LORUP, III
        CAROLE A LORUP
        523 GLENFIELD AVE

        GLENOLDEN, PA 19036

    **Counsel for debtor(s), by electronic notice only.**
        BRAD J. SADEK ESQ
        SADEK LAW OFFICE
        1315 WALNUT STREET #502
        PHILADELPHIA, PA 19107-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                        /s/ William C. Miller

Date: 6/4/2018

                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee