# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carl A. Lorup III<br>　　　　Carole A. Lorup<br>　　　　　　　　　Debtors | CHAPTER 13 |
| Ditech Financial LLC, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs. | |
| Carl A. Lorup III<br>Carole A. Lorup<br>　　　　　　　　　Debtors | NO. 18-11942 AMC |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about June 12, 2018 document No. 23.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A Solarz ,Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

June 14, 2018