IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Carl A. Lorup III | : |
| Carole A. Lorup | : |
| | : |
| | :    Case No.: 18-11942 AMC |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed on June 12, 2018 at docket number 25.

Dated: July 16, 2018                                             /s/ Brad J. Sadek, Esquire
                                                                                   Brad J. Sadek, Esquire
                                                                                   Sadek and Cooper
                                                                                  "The Philadelphia Building"
                                                                                  1315 Walnut Street, #502
                                                                                  Philadelphia, PA 19107
                                                                                  215-545-0008