**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11942** |
| **Carl A Lorup, III** : | **Chapter 13** |
| **Carole A Lorup** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **LSF10 Master Participation Trust, by** : | **Related Document #** |
| **Caliber Home Loans, Inc., solely in its** : | |
| **capacity as servicer** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Carl A Lorup, III** : | |
| **Carole A Lorup** : | |

**William C. Miller, Esq.**
          **Respondents.**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for LSF10 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

         Respectfully submitted,

         /s/ Karina Velter
         Karina Velter, Esquire (94781)
         Adam B. Hall (323867)
         Sarah E. Barngrover (323972)
         Manley Deas Kochalski LLC
         P.O. Box 165028
         Columbus, OH  43216-5028
         Telephone: 614-220-5611
         Fax: 614-627-8181
         Attorneys for Creditor
         The case attorney for this file is Karina Velter.
         Contact email is kvelter@manleydeas.com

20-019965_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11942** |
| **Carl A Lorup, III** : | **Chapter 13** |
| **Carole A Lorup** : | **Judge Magdeline D. Coleman** |
| : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** : | |
| : | |
| **LSF10 Master Participation Trust, by** : | **Related Document #** |
| **Caliber Home Loans, Inc., solely in its** : | |
| **capacity as servicer** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Carl A Lorup, III** : | |
| **Carole A Lorup** : | |

**William C. Miller, Esq.**

        **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

   Brad J. Sadek, Attorney for Carl A Lorup, III and Carole A Lorup, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

   Carl A Lorup, III and Carole A Lorup, 523 Glenfield Ave, Glenolden, PA  19036

                                          /s/ Karina Velter

20-019965_PS