United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carl A Lorup, III  
Carole A Lorup  
    Debtors

Case No. 18-11942-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14210361 | + | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

**Name**    **Email Address**

BRAD J. SADEK  
    on behalf of Joint Debtor Carole A Lorup brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK  
    on behalf of Debtor Carl A Lorup  III brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

MARIO J. HANYON  
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ  
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER  
    on behalf of Creditor LSF10 Master Participation Trust c/o Caliber Home Loans  Inc. amps@manleydeas.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: admin          Page 2 of 2
Date Rcvd: Apr 29, 2021          Form ID: trc          Total Noticed: 1

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11942-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Carl A Lorup, III
523 Glenfield Ave
Glenolden PA 19036

Carole A Lorup
523 Glenfield Ave
Glenolden PA 19036

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2021.

Name and Address of Alleged Transferor(s):

Claim No. 1: LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK  73134

Name and Address of Transferee:

U.S. Bank Trust National Association
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/01/21

Tim McGrath
**CLERK OF THE COURT**