**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Carl A Lorup, III** | : | **Case No.: 18-11942** |
| **Carole A Lorup** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel

of record for creditor **LSF10 Master Participation Trust, by Caliber Home Loans, Inc.,**

**solely in its capacity as servicer** ("Creditor").  Sarah E. Barngrover is no longer counsel for

Creditor and should not receive future notices in this case.


/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-11942** |
| **Carl A Lorup, III** | : | **Chapter 13** |
| **Carole A Lorup** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **LSF10 Master Participation Trust, by** | : | **Related Document #** |
| **Caliber Home Loans, Inc., solely in its** | : | |
| **capacity as servicer** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Carl A Lorup, III** | : | |
| **Carole A Lorup** | : | |

**William C. Miller, Esq.**

**Respondents.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O.
   Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

   Brad J. Sadek, Attorney for Carl A Lorup, III and Carole A Lorup, Sadek and Cooper, 1315
   Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

20-019965_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 2, 2021:

Carl A Lorup, III and Carole A Lorup, 523 Glenfield Ave, Glenolden, PA  19036


DATE: <u>September 2, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-019965_PS