IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Carl A. Lorup, III | : | |
|    Carole A. Lorup | : | Chapter 13 |
| | : | |
|    Debtors | : | Case No.: 18-11942 |

## SUGGESTION OF DEATH

Brad J. Sadek, on behalf of the above-captioned debtors, hereby submits this Suggestion of Death for Debtor, Carl A. Lorup, III, who passed away October 27, 2020.

Dated: April 24, 2023         /s /Brad J. Sadek
                                                    Brad J. Sadek, Esq.
                                                  Attorney for Debtors